UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:18-cv-00152-MJD-RLM |
| CBC SURGERY CENTER, | ) ) ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

This matter comes before the Court on Plaintiff's unopposed Motion for Dismissal. [Dkt. 23.] The Court, being duly advised, hereby **GRANTS** the motion. Plaintiff's claim against Defendant is hereby **DISMISSED** with prejudice. The Clerk is directed to close this matter.

SO ORDERED.

Dated:   23 JUL 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.